# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:08-cv-495-RJC-DCK

| | |
|---|---|
| JACKIE JIMOH, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHARLOTTE MECKLENBURG ) | |
| HOUSING PARTNERSHIP, INC., ) | |
|     Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte. On November 20, 2009, the Magistrate Judge granted Defendant's request to modify the case deadlines. (Doc. No. 24). The dispositive motions deadline was moved from October 26, 2009 to January 5, 2010. The trial date is currently set for March 1, 2010.

**IT IS, THEREFORE, ORDERED** that the trial date in this case is moved to **May 24, 2010.**

Signed: December 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge