# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Jackie Jimoh,

       Plaintiff,                                       JUDGMENT IN A CIVIL CASE

vs.                                                                    3:08-cv-495-RJC

Charlotte-Mecklenburg Housing Partnership, Inc.,

       Defendant.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Summary Judgment is hereby entered in accordance with the Court's May 12, 2010 Order.

                          Signed: May 12, 2010

                          Frank G. Johns, Clerk
                          United States District Court